UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GILBERTO ANTOLA,

                                                   Docket No.: 13 CV 5511 JBW-RER

                Plaintiff,

      v.                                            **STIPULATION OF**
                                                   **DISCONTINUANCE**

RBM MANAGEMENT INC.,
EMPIRE VALLEY LLC,
590 MARCY AVE. LLC,
CLASSIC PARTNERS LLC,
PERLSON HOLDING LLC,
DAVID MOSES,
MAYER PERLMAN,
ISAAC POLLAK,
MARTIN PERL,

                Defendants.
-----------------------------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for all parties herein that, whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above-captioned action hereby is and shall be discontinued <u>with prejudice</u> and without costs to either party; and it is further

     **STIPULATED AND AGREED, that** this Stipulation may be signed in counterparts and by facsimile or electronic signature each of which shall be an original but all of which together shall constitute one and the same instrument. This Stipulation may be filed without further notice with the Court.

Dated: June 2, 2014

South Brooklyn Legal Services
By: _____
    Nicole Salk
South Brooklyn Legal Services
105 Court Street
Brooklyn, NY 11201
P 718-237-5544 F 718-855-0733
NSalk@sbls.org

Dated: May 30, 2014

_____
Steven A. Feldman, Esq..
Attorneys for Defendants
763 Dogwood Avenue
West Hempstead, New York 11552
(516) 537-8357